**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**JOHNNY LEE,**                                                                  **PETITIONER**

v.                                                                                  **No. 2:06CV75-P-A**

**STATE OF MISSISSIPPI, ET AL.**                                     **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice.

**SO ORDERED,** this the 13th day of July, 2007.

                                          /s/ W. Allen Pepper, Jr.
                                          W. ALLEN PEPPER, JR.
                                          UNITED STATES DISTRICT JUDGE